GWENDOLYN GOBER     *    IN THE
335 Lynn Drive
Pea Ridge, AR 72751     *    CIRCUIT COURT OF MARYLAND
     Plaintiff
vs.     *    FOR GARRETT COUNTY

WESTROCK PACKAGING SYSTEMS     *
1 High Ridge Park
Stamford, CT 06905-1322     *    CASE NO:
     Defendant
SERVE:CSC-Lawyers Incorp. Service Co.     *
7 St. Paul Street, Ste. 820
Baltimore, MD 21202     *

     AND     *

DAVID MERTZ     *
208 Meade Street
Donora, PA 15033     *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

**COMES NOW**, the Plaintiff, Gwendolyn Gober ("Gober"), by and through her attorneys, Lisa P. Ellis and Law Office of Lisa P. Ellis, and hereby brings suit against the Defendants, Westrock Packaging Systems and David Mertz (hereinafter "Defendants"), and as grounds therefore states as follows:

### JURISDICTION

1. Jurisdiction is vested in this court because Defendant Westrock Packaging Systems ("Westrock") is a distribution company which does business in Maryland and is incorporated in Maryland. Defendant David Mertz ("Mertz") is a truck driver for Defendant Westrock and drives in and out of Maryland on a regular basis.

2. The incident occurred in GARRETT County, Maryland at a truck stop.

Exhibit A

3.      The amount in controversy is over $75,000.

<u>COUNT I</u>

4.      On or about March 6, 2018, Plaintiff Gober, (hereinafter "Plaintiff") was riding as a passenger with her husband in his semi-truck. They stopped at a truck rest stop in Accident, Maryland

5.      While Plaintiff Gober was asleep on the passenger side of her husband's vehicle, Mertz, driver of another semi-truck, drove his vehicle directly into the passenger side of Plaintiffs vehicle, t-boning the vehicle.

6.      The truck causing the collision was driven by Defendant Mertz and owned by Defendant Westrock.

9.      As a direct and proximate result of the collision, Plaintiff sustained serious and permanent personal injuries.

10.     At all times pertinent hereto, the Plaintiff acted in a reasonable and non-negligent manner.

11.     The aforesaid automobile accident was solely, directly and proximately caused by the negligence of the Defendants.

12.     Defendant, Mertz, was negligent in the operation of his motor vehicle as follows: Defendant failed to maintain a proper lookout; failed to yield the right of way; failed to use a turn signal; failed to maintain his speed so as to avoid a collision; failed to obey all traffic laws in full force and effect in Garrett County, Maryland, and otherwise failed to operate his vehicle in a reasonable and non-negligent manner.

13.    Plaintiff suffered and continues to suffer pain, anguish, loss of work, permanent neck and back injuries due solely and proximately to the negligence of the Defendants.

**WHEREFORE**, Plaintiff, GWENDOLYN GOBER, prays that this Honorable Court enter judgment against Defendants, Matthew Wayne Myers and Roger Myers, jointly and severally, in an amount greater than $75,000, plus pre-judgment and post-judgment interest as allowed by law, the costs of filing this suit and such other and further relief to which Plaintiff may be entitled as determined by this honorable court.

<u>COUNT II</u>

14.    Plaintiff re-affirms and re-alleges paragraphs 1-13.

15.    On or about March 3, 2018 and immediately prior thereto, Defendant Westrock was guilty of negligent entrustment, in that it knew or should have known that Defendant Mertz was a negligent and reckless driver.

16.    Defendant Westrock had a duty to protect Plaintiff from the negligent and reckless driving of Matthew Wayne Myers.

17.    As a result of the negligent entrustment of the subject vehicle by Westrock to Mertz, Plaintiff sustained personal injuries to her head, neck, back and body.

18.    As a result of the negligence of Westrock, Plaintiff suffered and continues to suffer pain, anguish, loss of work, and permanent injuries solely and proximately due to the negligence of the Defendant Westrock

**WHEREFORE**, Plaintiff, Gwendolyn Gober, prays that this Honorable Court enter judgment against Defendants, Westrock Packaging Systems, LLC and David Mertz, jointly and severally, in an amount greater than $75,000, plus pre-judgment and post-judgment interest as

allowed by law, the costs of filing this suit and such other and further relief to which Plaintiff may be entitled as determined by this honorable court.

LAW OFFICE OF LISA P. ELLIS

*Lisa P. Ellis*

Lisa P. Ellis    CPF: 9006280062
3009 Greenhaven Court
Suite 100
Ellicott City, Maryland 21042
Tel: 410-707-1943 Fax: 410-988-2032
Email: lisapellis@verizon.net
*Attorney for Plaintiff*

## CERTIFICATE OF COMPLIANCE WITH RULE 20-201(F)

I HEREBY CERTIFY that this filing does not contain any restricted information and is in compliance with Md. Rule 20-201(F).

*Lisa P. Ellis*

Lisa P. Ellis CPF 9006280062